BR:JL
F.# 2003R000892

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

LAWRENCE PERSICO,

        Defendant.

- - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 20 2005 ★
P.M. _____
TIME A.M. _____

O R D E R

Cr. No. 03-191 (SJ)

      Upon consideration of the violation of supervised release filed by the Probation Department against the defendant Lawrence Persico in the above-captioned case,

      IT IS HEREBY ORDERED that, pending the outcome of his violation, the defendant shall be transferred from the Metropolitan Detention Center in Brooklyn, New York to the Federal Medical Center in Butner, North Carolina in order for the defendant to receive mental health evaluation and treatment.

Dated:  Brooklyn, New York
       September 7, 2005

                        s/SJ        9/8/05
                      THE HONORABLE STERLING JOHNSON, JR.
                      UNITED STATES DISTRICT JUDGE