CASE # 03CR00191-6

To Whom It May Concern

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 27 2011 ★
BROOKLYN OFFICE

I am unable to make payment. I have been unemployed since June 7, 2011. When I resume working I will resume my payment of $50.00 per month. Please acknolage my letter. Lawrence Persico